IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES PRYOR, | : |
| Plaintiff, | : |
| v. | : 2:24-cv-00286-RJC |
| | : |
| CLEVELAND-CLIFFS STEEL CORPORATION, | : |
| Defendant. | : |

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH SPENILLO, | : |
| Plaintiff, | : |
| v. | : 2:24-cv-00599- RJC |
| | : |
| CLEVELAND-CLIFFS MONESSEN COKE LLC, | : |
| Defendant. | : |

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARLETON M. THOMPSON, | : |
| Plaintiff, | : 2:25-cv-00245-RJC |
| v. | : |
| CLEVELAND-CLIFFS PLATE LLC, | : |
| Defendant. | : |

**ORDER**

**AND NOW**, this 8th day of May, 2025, upon consideration of Plaintiff's "Unopposed Motion for Preliminary Approval of the Class Action Settlement and

1

Other Related Relief" ("Motion") (Doc. 32), the accompanying "Class Action Settlement Agreement" ("Agreement") (Doc. 32-1), the accompanying Declaration of R. Andrew Santillo (Doc. 32-2), the accompanying Declaration of Timothy Conboy (Doc. 32-3), the accompanying memorandum of law (Doc. 33), and all other papers and proceedings herein, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**, and the settlement of this action is **PRELIMINARILY APPROVED** because it appears that, at the final approval stage, the Court "will likely be able to" approve the settlement under the criteria described in Federal Rule of Civil Procedure ("Civil Rule") 23(e)(2) and certify the following three settlement classes under Civil Rule 23(a) and (b)(3):

    a. <u>Butler Works Facility Class</u> – Named Plaintiff James Pryor and all other individuals who, at any time from February 7, 2021 through and including January 14, 2025, worked as hourly employees for Defendants at the Butler Works Facility;

    b. <u>Monessen Facility Class</u> – Named Plaintiff Joseph Spenillo and all other individuals who, at any time from March 14, 2021 through and including January 14, 2025, worked as hourly employees for Defendants at the Monessen Facility;

    c. <u>Coatesville Facility Class</u> – means Named Plaintiff Carleton Thompson and all other individuals who, at any time from February 23, 2021 through and including January 14, 2025, worked as hourly employees for Defendants at the Coatesville Facility.

*See* Fed. R. Civ. P. 23(e)(1)(B)(i)-(ii).

2. The "Notice of Settlement" forms ("Notice Forms") attached to the Agreement as

Exhibits D-F and the notice protocols described in Section 6 of the Agreement are approved pursuant to Civil Rules 23(c)(2)(B).  The Notice Forms shall be sent to all class members listed in Exhibits A-C to the Agreement pursuant to paragraph 6 of the Agreement.

3.     Individuals who wish to exclude themselves from the settlement must follow the procedures described in Section 8 of the Agreement and Section 8 of the Notice Forms.

4.     Individuals who wish to object to the settlement must follow the procedures described in Section 7 of the Agreement and Section 10 of the Notice Form.

5.     Winebrake & Santillo, LLC (715 Twining Road, Suite 211, Dresher, PA 19025) and Conboy Law, LLC (733 Washington Road, Suite 201, Pittsburgh, PA 15228) are appointed interim class counsel per Civil Rule 23(g)(3) and shall ensure that the notice process contemplated by the Agreement is followed.

6.     Pursuant to Civil Rule 23(e)(2), a hearing addressing final approval of the settlement will be held on __October 1__, 2025[1] at 10:00 AM in Courtroom 8C of the United States Courthouse, 700 Grant Street, Pittsburgh, PA 15219.  During this hearing, the Court will hear from any objectors or other class members who wish to address the Court and will hear argument from class counsel regarding, *inter alia*, the following issues:  whether the settlement of the Pennsylvania Minimum Wage Act claim warrants final approval under Civil Rule 23(e)(2); whether the service award described in Paragraph 11 of the Agreement should be approved; and whether the attorney's fees and costs sought by class counsel and described in Paragraph 12 of the Agreement should be approved under Civil Rule 23(h).  This hearing shall be subject to adjournment by the Court without further notice to class members other than that

---

[1] **NOTE TO THE COURT:**  Interim class counsel recommends that the final approval hearing occur approximately 140 days after the entry of this preliminary approval order.  This will ensure that the parties have adequate time to complete the notice process contemplated in the Agreement.

4

which may be posted by the Court.

      7.      Seven calendar days prior to the final approval hearing, class counsel shall file all papers in support of the final approval of the settlement and the associated issues described in paragraph 6 above.

                      BY THE COURT:

                      *s/Robert J. Colville*
                      Robert J. Colville
                      United States District Judge