IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES PRYOR, | : | |
| Plaintiff, | : | |
| v. | : | 2:24-cv-00286-RJC |
| | : | |
| CLEVELAND-CLIFFS STEEL CORPORATION, | : | |
| Defendant. | : | |

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH SPENILLO, | : | |
| Plaintiff, | : | |
| v. | : | 2:24-cv-00599- RJC |
| | : | |
| CLEVELAND-CLIFFS MONESSEN COKE LLC, | : | |
| Defendant. | : | |

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARLETON M. THOMPSON, | : | |
| Plaintiff, | : | 2:25-cv-00245-RJC |
| v. | : | |
| CLEVELAND-CLIFFS PLATE LLC, | : | |
| Defendant. | : | |

**PLAINTIFFS' UNOPPOSED MOTION**
**FINAL APPROVAL OF THE SETTLEMENT**

As reflected in the accompanying Class Action Settlement Agreement ("Agreement"), *see* Doc. 35-1, Plaintiffs James Pryor, Joseph Spenillo and Carleton Thompson (collectively

"Plaintiffs") and Defendants Cleveland-Cliffs Steel Corporation, Cleveland-Cliffs Monessen Coke LLC, and Cleveland-Cliffs Plate LLC (collectively the "Defendants") have agreed to settle this lawsuit on behalf of over 2,000 individuals who were employed by Defendants as nonexempt hourly employees at their steel mill facilities located in Butler, Monessen, and Coatesville, Pennsylvania between 2021 and January 14, 2025 (collectively the "Classes" or "Class Members").

In May 2025, the Court entered an order "preliminarily" approving the settlement, authorizing the issuance of notice to the three Classes, and appointing the undersigned to serve as interim counsel for the Classes. *See* Doc. 34. The notice process is complete. *See generally* Declaration of Caroline Barazesh ("Barazesh Dcl.") (Doc. 35-2). **None** of the Class Members have submitted objections to the settlement and only eleven (11) have sought to be excluded. *Id.* at ¶ 17.[1]

This matter is now ripe for "final approval" of the settlement. The Court has scheduled a fairness hearing for October 1, 2025, *see* Doc. 34 at ¶ 6, and, in anticipation of the hearing, Plaintiffs respectfully ask the Court to enter an order:

- Certifying, pursuant to Federal Rules of Civil Procedure ("Civil Rules") 23(a) and 23(b)(3), the three facility specific settlement Classes comprised of 2,291 participating Class Members;

- Approving the settlement of this action as fair, reasonable, and adequate under Civil Rule 23(e)(2);

- Approving service award payments of $7,500.00 each of the three Plaintiffs;

- Appointing, pursuant to Civil Rule 23(g)(1), the law firms of Winebrake & Santillo,

---

[1] These individuals are Jeffrey Birckbichler, Joshua Bishop, Michael A. Burns, Michael Dittmer, Ralph Jilek, Shawn Kitajima, Michael P Middleton, Edward Perring, Glenn Pizor Jr., William Saalbach, and Brian Skal. *Id.* In addition, during the notice process, three other individuals were identified as duplicate entries. *Id.* at ¶¶ 9, 13-14. Thus, the combined Classes total 2,291 members.

2

LLC and Conboy Law, LLC to serve as counsel for the Classes; and

- Approving, pursuant to Civil Rule 23(h), a payment from the settlement fund of $750,000.00 to compensate class counsel for reasonable attorney's fees, litigation expenses, and settlement administration costs.

The above relief is warranted based on, *inter alia*, the accompanying Agreement, the accompanying sworn statements of Caroline Barazesh, R. Andrew Santillo and Timothy Conboy, and the accompanying Memorandum of Law.

**WHEREFORE**, Plaintiffs, on behalf of themselves and other Class Members, respectfully request that the Court grant this motion and enter the accompanying proposed order.

Date:  September 24, 2025

Respectfully submitted,

Peter Winebrake (PA 80496)
R. Andrew Santillo (PA 93041)
Winebrake & Santillo, LLC
715 Twining Road, Suite 211
Dresher, PA 19025
Phone:  (215) 884-2491
Fax:  (215) 884-2492
pwinebrake@winebrakelaw.com
asantillo@winebrakelaw.com

Timothy Conboy (PA 36495)
Conboy Law, LLC
733 Washington Road, Suite 201
Pittsburgh, PA  15228
Phone:  (412) 343-9060
Fax:  (412) 343-9062
tim@conboylaw.com

*For Plaintiffs and the Putative Classes*

3

4

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this date, September 24, 2025, the foregoing was served with the Clerk of Court using the CM/ECF system, which will send notification to all parties.

/s/ R. Andrew Santillo
R. Andrew Santillo
