IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES PRYOR,<br>　　　　　　Plaintiff,<br>　　v.<br><br>CLEVELAND-CLIFFS STEEL CORPORATION,<br>　　　　　　Defendant. | 2:24-cv-00286-RJC |

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH SPENILLO,<br>　　　　　　Plaintiff,<br>　　v.<br><br>CLEVELAND-CLIFFS MONESSEN COKE LLC,<br>　　　　　　Defendant. | 2:24-cv-00599- RJC |

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARLETON M. THOMPSON,<br>　　　　　　Plaintiff,<br>　　v.<br><br>CLEVELAND-CLIFFS PLATE LLC,<br>　　　　　　Defendant. | 2:25-cv-00245-RJC |

**<u>ORDER</u>**

**AND NOW**, this  1st  day of  October , 2025, upon consideration of Plaintiffs' "Unopposed Motion for Final Approval of the Settlement" ("Motion") (Doc. 35), the

1

accompanying "Class Action Settlement Agreement" ("Agreement") (Doc. 35-1), the accompanying Declaration of Caroline Barazesh ("Barazesh Dcl.") (Doc. 35-2), the accompanying Declaration of R. Andrew Santillo (Doc. 35-3), the accompanying Affidavit of Timothy Conboy (Doc. 35-4), the accompanying Memorandum of Law (Doc. 36), the representations and arguments of counsel during the October 1, 2025 fairness hearing, and all other papers and proceedings herein, it is hereby **ORDERED** as follows:

1. The Court **CERTIFIES THE FOLLOWING SETTLEMENT CLASSES:**[1]

    a. Butler Works Facility Class – Named Plaintiff James Pryor and all other individuals who, at any time from February 7, 2021 through and including January 14, 2025, worked as hourly employees for Defendants at the Butler Works Facility;

    b. Monessen Facility Class – Named Plaintiff Joseph Spenillo and all other individuals who, at any time from March 14, 2021 through and including January 14, 2025, worked as hourly employees for Defendants at the Monessen Facility;

    c. Coatesville Facility Class – means Named Plaintiff Carleton Thompson and all other individuals who, at any time from February 23, 2021 through and including January 14, 2025, worked as hourly employees for Defendants at the Coatesville Facility.

2. The Classes in paragraph 1 *supra* combined are comprised of the 2,291 Class Members who: (i) are listed in Exhibits A-C to the Agreement; and (ii) have not excluded themselves from the settlement.[2] The Court finds that the Classes satisfy Federal Rule of Civil

---

[1] These are referred to collectively herein as "the Classes" or "Class Members."

[2] During the notice process, three (3) individuals were identified as duplicate entries and eleven (11) class members (Jeffrey Birckbichler, Joshua Bishop, Michael A. Burns, Michael Dittmer, Ralph Jilek, Shawn Kitajima, Michael P. Middleton, Edward Perring, Glenn Pizor Jr., William Saalbach, and Brian Skal) submitted requests to exclude themselves from the settlement. *See* Barazesh Dcl. (Doc. 35-2) at ¶¶ 9, 13. 17. This reduces the Classes to 2,291 individuals from their original 2,305 total. Under the terms of the settlement, these eleven exclusion request individuals' gross settlement shares (which total $8,115.00) shall be retained by Defendants, *see* Agreement (Doc. 35-1) at § 8, and will reduce the maximum gross settlement payment from $2,250,000.00 to $2,241,885.00.

Procedure ("Civil Rule") 23(a)'s four requirements – numerosity,[3] commonality, typicality, and adequacy of representation – as well as Civil Rule 23(b)(3) additional requirements that common questions of law or fact "predominate over any questions affecting only individual members" and that "a class action is superior to other available methods for the fair and efficient adjudication of the controversy."

3. The settlement requires Defendants Cleveland-Cliffs Steel Corporation, Cleveland-Cliffs Monessen Coke LLC, and Cleveland-Cliffs Plate LLC (collectively "Defendants") – who continue to vigorously contest any liability – to pay a total amount of $2,241,885.00 to be distributed as follows: (i) $1,469,385.00 will be paid to the 2,291 participating Class Members[4] in the gross pre-tax amounts described in Exhibits A-C to the Agreement; (ii) three $7,500.00 service awards will be paid to named plaintiffs James Pryor, Joseph Spenillo, and Carleton Thompson (collectively "Plaintiffs") totaling $22,500.00; and (iii) $750,000.00 will be paid to class counsel to cover attorney's fees and expenses.  The Court finds the settlement fund to be "fair, reasonable, and adequate," Fed. R. Civ. P. 23(e)(2), and, therefore **APPROVES** the settlement.  This finding is supported by the evidence and arguments presented by Plaintiff in the Motion and accompanying documents and during the October 1, 2025 fairness hearing.  In particular, the record establishes that all of the criteria described in Civil Rule 23(e)(2) favor approval.

4. The Court **APPROVES** the three $7,500.00 service award payments to each of

---

[3] The Butler Works Facility Class consists of 1,364 members when the six (6) exclusion requests from that facility specific class are subtracted, the Monessen Facility Class consists of 240 members after the one (1) duplicate entry is excluded, and the Coatesville Facility Class consists of 687 members after the two (2) duplicate entries and five (5) exclusion requests from that facility specific class are subtracted.

[4] *See* footnote 2 *supra*.

the three Plaintiffs totaling $22,500.00.

5. The Court **APPOINTS** the law firm of Winebrake & Santillo, LLC and Conboy Law, LLC to serve as class counsel. The record demonstrates that these firms are qualified to serve as class counsel under the criteria described in Civil Rule 23(g)(1)(A).

6. The Court **APPROVES** the payment of $750,000.00 to class counsel. As evidenced by the sworn statements of Caroline Barazesh, R. Andrew Santillo, and Timothy Conboy, $44,728.81 of this amount will reimburse class counsel for litigation and settlement administration expenses. The remaining $705,271.19 will be paid to class counsel as attorney's fees. This fee payment – which amounts to approximately 31.4% of the total original $2,250,00.00 settlement fund – falls below the 33.33% percentage of the fund fee awards regularly approved in wage and hour class/collective action settlements. *See Jordan v. Passavant Mem'l Homes*, 2022 U.S. Dist. LEXIS 70216, *4 (W.D. Pa. Apr. 13, 2022); *see also e.g.*, *Copley v. Evolution Well Services Operating, LLC*, 2023 U.S. Dist. LEXIS 23452 (W.D. Pa. Feb. 10, 2023); *Kapolka v. Anchor Drilling Fluids USA, LLC*, 2019 U.S. Dist. LEXIS 182359 (W.D. Pa. Oct. 22, 2019). In addition, the fee award is supported by the factors described in *Gunter v. Ridgewood Energy Corp.*, 223 F.3d 190, 193 n. 1 (3d Cir. 2000) and *In re Prudential Insurance Company America Sales Practice Litig.*, 148 F.3d 283 (3d Cir. 1998). *See Kapolka*, 2019 U.S. Dist. LEXIS 182359, at *17-18 (listing factors).

7. Each of the above-captioned actions is **DISMISSED WITH PREJUDICE**, although the Court will continue to maintain jurisdiction over the enforcement of the settlement.

BY THE COURT:

*s/Robert J. Colville*
Robert J. Colville
United States District Judge

4